IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE CO. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NOS. 18-1364, 18-1545 |
| : | |
| 200 CHRISTIAN STREET PARTNERS, LLC : | |
| *et al*. : | |

### ORDER

**AND NOW**, this __30th__ day of __January__, 2019, upon consideration of Nautilus Insurance Co.'s Motions for Judgment on the Pleadings (No. 18-1364, ECF No. 18; No. 18-1545, ECF No. 41), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**. Nautilus has a duty to defend Defendants in the underlying suits until it is clear that there is no longer a possibility of a product-related tort claim.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.